## TRURO.

### Qualification of a member as to property.

THE selectmen of Truro, in their return of a member, stated, that he was duly elected, but, that according to the last year's state tax, he did not possess the estate required by the constitution to entitle him to a seat.    The return was ordered to lie on the table.[3]